UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| A. SCHULMAN, INC., | ) |
| Plaintiff and Counter-Defendant, | ) Case No.: 1:15-cv-01760-PAG |
| v. | ) Judge Patricia A. Gaughan |
| POLYONE CORPORATION and POLYONE DESIGNED STRUCTURES AND SOLUTIONS LLC | ) |
| Defendants and Counter-Plaintiffs. | ) |

**STIPULATION AS TO EXHIBITS FOR CLAIM CONSTRUCTION BRIEFS**

To aid the Court, the parties have stipulated to a joint appendix for purposes of the parties' claim construction that consists of the patents and their prosecution histories. The Joint Appendix includes the following exhibits:

JX 1 – U.S. Patent No. 8,007,902 (JA000001-20)

JX 2 – U.S. Patent No. 8,182,906 (JA000021-42)

JX 3 – Appl. No. 12-548,946 (JA00043-2618)

JX 4 – Appl. No. 13-219,270 (JA002619-3110)

JX 5 – Reexamination No. 90-013,612 (JA003111-JA007826)

JX 6 – Reexamination No. 90-013,513 (JA007827-JA012885)

JX 7 – Reexamination No. 90-013,611 (JA012886-3776)

JX 8 – Provisional Patent App. 61-050,465 (JA013777-825)

JX 9 – WO2009137401 (JA013826-85)

Because the foregoing exhibits are voluminous, the parties have stipulated that they will not file any of the foregoing exhibits with their respective opening or responsive briefs, but will

instead provide the Court with a joint appendix within three business days after the responsive briefs have been filed. The joint appendix will include only those pages from joint exhibits JX 1 – JX 9 that the parties have cited, including pages to provide context. The joint appendix will be provided in the form of one or more binders, or any other form that may be specified by the Court.

The parties will file exhibits other than the joint exhibits with their respective briefs.

Should the Court desire that the parties file the foregoing exhibits sooner, the parties are willing to do so.

Dated: February 6, 2017

| /Eric C. Cohen | /s/ Arne M. Olson |
|---|---|
| Eric C. Cohen | Arne M. Olson (admitted *Pro Hac Vice*) |
| Mark H. Remus, Esq. | Robert J. Ross (admitted *Pro Hac Vice*) |
| Oluwafemi L. Masha, Esq. | Brian R. Michalek (admitted *Pro Hac Vice*) |
| Brinks Gilson & Lione | OLSON & CEPURITIS, LTD |
| NBC Tower – Suite 3600 | 20 N. Wacker Dr., Fl. 36 |
| 455 N. Cityfront Plaza Drive | (312) 580-1180 |
| Chicago, IL 60611 | (312) 580-1189 (fax) |
| Phone (312) 321-4224 | aolson@olsonip.com |
| Facsimile (312) 321-4299 | rross@olsonip.com |
| eccohen@brinksgilson.com | bmichalek@olsonip.com |
| mremus@brinksgilson.com | |
| omasha@brinksgilson.com | Kip T. Bollin    (0065275) |
| | THOMPSON HINE LLP |
| Mark J. Skakun | 3900 Key Center |
| Buckingham, Doolittle & Burroughs, LLC | 127 Public Square |
| 4518 Fulton Drive NW, Suite 200 | Cleveland, OH 44114-1291 |
| Canton, OH 44735-5548 | (216) 566-5500 |
| Phone (330) 491-5319 | (216) 566-5500 (fax) |
| Facsimile (330) 252-5422 | Kip.Bollin@ThompsonHine.com |
| mskakun@bdblaw.com | |
| | Counsel for Defendants PolyOne Corporation |
| Counsel for Plaintiff A. Schulman, Inc. | and PolyOne Designed Structures and Solutions LLC |