# Exhibit 4

# D4, LLC

222 Andrews Street
Rochester, NY 14604

Voice:   585-385-4040

# INVOICE

| | |
|---|---|
| Invoice Number: | 180015 |
| Invoice Date: | Oct 31, 2016 |
| Page: | 1 |

| Bill To: | Ship to: |
|---|---|
| PolyOne Corportation<br>33587 Waker Road<br>Avon Lake, OH  44012<br>U.S. | Michael J. Sambrook<br>33587 Waker Road<br>Avon Lake, OH  44012<br>U.S. |

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 350225 | A Schulman v PolyOne | 35-0316-605 | 11/30/16 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | October 2016 | | |
| 0.85 | Data Collection per hour (Evans) | 275.000 | 233.75 |
| 0.75 | Remote Data Collection (Kiefer) | 275.000 | 206.25 |
| 1.00 | Supplies - Hard Drive (500-640GB) | 125.000 | 125.00 |
| 1.00 | Pass-thru billable shipping | 48.720 | 48.72 |

| | |
|---|---|
| **Remit To:** D4, LLC<br>222 Andrews Street<br>Rochester, New York 14604<br>**Federal ID:** 16-1532901 | Invoice Subtotal — 613.72<br>Sales Tax<br>Credits Applied<br>Net Invoice Due — 613.72 |



powered by people D4

# Service Detail

D4 LLC

222 Andrews Street

Rochester, NY 14604

powered by people

**Analysis of Time spent**

| Employee | Date | Hours | Rate | Fees | Notes |
|---|---|---|---|---|---|
| COL000 - Data Collection-Per Hour | | | | | |
| John Evans | 10/5/2016 | 0.40 | 275.00 | 110.00 | Call with counsel to discuss pre-collection strategy. |
| John Evans | 10/13/2016 | 0.20 | 275.00 | 55.00 | Meet counsel to discuss next steps for collection. |
| John Evans | 10/28/2016 | 0.25 | 275.00 | 68.75 | Conference call with counsel and data processing vendor to discuss status of collection. |
| COL000 - Data Collection-Per Hour | | 0.85 | | 233.75 | |
| COL060 - Data Collection-Remote | | | | | |
| Tim Kiefer | 10/27/2016 | 0.75 | 275.00 | 206.25 | Remote collection of network and email data. |
| COL060 - Data Collection-Remote | | 0.75 | | 206.25 | |
| **Invoice Total** | | **1.60** | | **440.00** | |

**Analysis of Expenses Incurred**

| Disbursement | Date | Quantity | Expenses | Employee | Notes |
|---|---|---|---|---|---|
| SUP092-Hard Drive 500 GB | | | | | |
| | 10/25/2016 | 1.00 | 125.00 | Chris VanAernam | WD My Passport 500GB SN: WX21A261YH4L |
| SUP092-Hard Drive 500 GB | | 1.00 | 125.00 | | |
| SHP000-Pass Thru Shipping | | | | | |
| | 10/25/2016 | 0.00 | 48.72 | Chris VanAernam | FedEx Mark Holland # to  777553426031 # from 790577787860 |
| SHP000-Pass Thru Shipping | | 0.00 | 48.72 | | |
| **Invoice Total** | | **1.00** | **173.72** | | |



# Invoice

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

| Attention | Date | Invoice # |
|---|---|---|
| Michael Sambrook | 11/22/2016 | 76279 |

Bill To

Mr. Michael Sambrook
Sr. Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, Ohio 44012

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

**Balance Due** — **$712.50**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

BlueStar Case Solutions, Inc.

| P.O. No. | Client Matter | Terms | Due Date | Rep |
|---|---|---|---|---|
| | PolyOne / Schulman | Net 30 | 12/22/2016 | BRG |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| Technical Time | 2 | 175.00 | 10/27/2016 | 350.00 |
| Media Deliverable: Flash Drive | 1 | 50.00 | 10/27/2016 | 50.00 |
| Technical Time | 1.5 | 175.00 | 10/31/2016 | 262.50 |
| Media Deliverable: Flash Drive | 1 | 50.00 | 10/31/2016 | 50.00 |
| | | | | |
| Description: Forensic copies of flash drive | | | | |
| P_01760-001 | | | | |
| | | | | |
| 00001085 | | | | |

Customer Signature:

| | |
|---|---|
| **Total** | $712.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$712.50** |

For questions about your bill please call 312.939.3000. Our Federal Tax ID number is 56-2355533



# Invoice

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

| Attention | Date | Invoice # |
|---|---|---|
| Michael Sambrook | 11/22/2016 | 76326 |

Bill To

Mr. Michael Sambrook
Sr. Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, Ohio 44012

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

**Balance Due** $1,305.78

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

BlueStar Case Solutions, Inc.

| P.O. No. | Client Matter | Terms | Due Date | Rep |
|---|---|---|---|---|
| | PolyOne / Schulman | Net 30 | 12/22/2016 | BRG |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| Medium Litigation (Imaging) | 5,173 | 0.12 | 10/24/2016 | 620.76 |
| OCR (B&W Images) | 5,173 | 0.02 | 10/24/2016 | 103.46 |
| Color (Imaging) | 202 | 0.25 | 10/24/2016 | 50.50 |
| OCR (Color Images) | 202 | 0.03 | 10/24/2016 | 6.06 |
| Technical Time | 3 | 175.00 | 10/24/2016 | 525.00 |

Description: Scanning of materials collected
10/11-12/2016 at PolyOne.

00001076

Customer Signature:

| | |
|---|---|
| **Total** | $1,305.78 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$1,305.78** |

For questions about your bill please call 312.939.3000.  Our Federal
Tax ID number is 56-2355533



# Invoice

**226 South Wabash Avenue Suite 200**
**Chicago, Illinois 60604**

| Attention | Date | Invoice # |
|---|---|---|
| Michael Sambrook | 11/22/2016 | 76327 |

Bill To

Mr. Michael Sambrook
Sr. Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, Ohio 44012

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

**Balance Due** | **$343.75**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

## BlueStar Case Solutions, Inc.

| P.O. No. | Client Matter | Terms | Due Date | Rep |
|---|---|---|---|---|
| | PolyOne / Schulman | Net 30 | 12/22/2016 | BRG |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| Technical Time | 1.25 | 175.00 | 11/14/2016 | 218.75 |
| Media Deliverable: Hard Drive | 1 | 125.00 | 11/14/2016 | 125.00 |
| | | | | |
| Description: Forensic copy of hard drive P_01760-003. | | | | |
| | | | | |
| 00001153 | | | | |

Customer Signature:

| Total | $343.75 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | **$343.75** |

For questions about your bill please call 312.939.3000. Our Federal Tax ID number is 56-2355533



# Invoice

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

| Attention | Date | Invoice # |
|---|---|---|
| Michael Sambrook | 11/22/2016 | 76328 |

Bill To

Mr. Michael Sambrook
Sr. Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, Ohio 44012

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

**Balance Due** | **$343.75**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

BlueStar Case Solutions, Inc.

| P.O. No. | Client Matter | Terms | Due Date | Rep |
|---|---|---|---|---|
| | PolyOne / Schulman | Net 30 | 12/22/2016 | BRG |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| Technical Time | 1.25 | 175.00 | 11/8/2016 | 218.75 |
| Media Deliverable: Hard Drive | 1 | 125.00 | 11/8/2016 | 125.00 |
| | | | | |
| Description: Forensic copy of hard drive | | | | |
| P_01760-002. | | | | |
| | | | | |
| 00001140 | | | | |

Customer Signature:

| Total | $343.75 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $343.75 |

For questions about your bill please call 312.939.3000. Our Federal
Tax ID number is 56-2355533

# D4, LLC

222 Andrews Street
Rochester, NY 14604

Voice: 585-385-4040



## INVOICE

| | |
|---|---|
| Invoice Number: | 181491 |
| Invoice Date: | Nov 30, 2016 |
| Page: | 1 |

| Bill To: | Ship to: |
|---|---|
| PolyOne Corportation<br>33587 Waker Road<br>Avon Lake, OH 44012<br>USA | Michael J. Sambrook<br>33587 Waker Road<br>Avon Lake, OH 44012<br>U.S. |

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 350225 | A Schulman v PolyOne | 35-0316-605 | 12/30/16 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | November 2016 | | |
| 1.00 | Data Collection per hour (Forames) | 275.000 | 275.00 |
| 3.00 | Remote Data Collection (Evans) | 275.000 | 825.00 |
| 1.00 | Pass-thru billable shipping | 51.090 | 51.09 |
| 1.00 | Supplies - Hard Drive (500-640GB) | 125.000 | 125.00 |
| | See attached Service Report for Details. | | |

| Remit To: | D4, LLC<br>222 Andrews Street<br>Rochester, New York 14604 | | |
|---|---|---|---|
| **Federal ID:** 16-1532901 | | | |

| | |
|---|---|
| Invoice Subtotal | 1,276.09 |
| Sales Tax | |
| Credits Applied | |
| Net Invoice Due | 1,276.09 |



# Service Detail



D4 LLC

222 Andrews Street

Rochester, NY 14604

Project ID : 350316605

Project Name : A Schulman, Inc. v Polyone Corporation

## Analysis of Time spent

| Employee | Date | Hours | Rate | Fees | Notes |
|---|---|---|---|---|---|
| COL000 - Data Collection-Per Hour | | | | | |
| John Forames | 11/2/2016 | 1.00 | 275.00 | 275.00 | Remote data collection of multiply custodians. |
| COL000 - Data Collection-Per Hour | | 1.00 | | 275.00 | |
| COL060 - Data Collection-Remote | | | | | |
| John Evans | 11/3/2016 | 1.00 | 275.00 | 275.00 | Remote collection. |
| John Evans | 11/5/2016 | 1.00 | 275.00 | 275.00 | Create backup of collected data and prepare for delivery to processing vendor. |
| John Evans | 11/17/2016 | 0.50 | 275.00 | 137.50 | Review collected data with processing vendor. |
| John Evans | 11/18/2016 | 0.50 | 275.00 | 137.50 | Update collection log and provide to counsel. |
| COL060 - Data Collection-Remote | | 3.00 | | 825.00 | |
| **Invoice Total** | | **4.00** | | **1,100.00** | |

## Analysis of Expenses Incurred

| Disbursement | Date | Quantity | Expenses | Employee | Notes |
|---|---|---|---|---|---|
| SHP000-Pass Thru Shipping | | | | | |
| | 11/9/2016 | 0.00 | 51.09 | Chris VanAernam | Scott Geasan |
| | | | | | # to 777672228770 # from 790583770183 |
| SHP000-Pass Thru Shipping | | 0.00 | 51.09 | | |
| SUP092-Hard Drive 500 GB | | | | | |
| | 11/9/2016 | 1.00 | 125.00 | Chris VanAernam | WD My Passport SN: WX11A263P33E |
| SUP092-Hard Drive 500 GB | | 1.00 | 125.00 | | |
| **Invoice Total** | | **1.00** | **176.09** | | |



# Invoice

| Attention | Date | Invoice # |
|---|---|---|
| Michael Sambrook | 12/13/2016 | 76362 |

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

Bill To

Mr. Michael Sambrook
Sr. Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, Ohio 44012

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

**Balance Due** [                    ]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

### BlueStar Case Solutions, Inc.

| P.O. No. | Client Matter | Terms | Due Date | Rep |
|---|---|---|---|---|
|  | PolyOne / Schulman | Net 30 | 1/12/2017 | BRG |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| Data Processing for Native File Review Database- Process P_01760-001 data | 1.1 | 150.00 | 11/6/2016 | 165.00 |
| Data Ingestion and Culling- Process P_01760-002 data | 468.37 | 50.00 | 11/6/2016 | 23,418.50 |
| Data Ingestion and Culling- Process P_01760-003 data | 146.56 | 50.00 | 11/13/2016 | 7,328.00 |
| Data Processing for Native File Review Database- Search results for native review | 66.98 | 150.00 | 11/28/2016 | 10,047.00 |
| Technical Time (11/6/2016 - 11/30/2016) *Description Below. | 12.5 | 175.00 |  | 2,187.50 |

Customer Signature:

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

For questions about your bill please call 312.939.3000. Our Federal Tax ID number is 56-2355533



# Invoice

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

| Attention | Date | Invoice # |
|---|---|---|
| Michael Sambrook | 12/13/2016 | 76362 |

Bill To

Mr. Michael Sambrook
Sr. Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, Ohio 44012

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

**Balance Due** $43,146.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

BlueStar Case Solutions, Inc.

| P.O. No. | Client Matter | Terms | Due Date | Rep |
|---|---|---|---|---|
| | PolyOne / Schulman | Net 30 | 1/12/2017 | BRG |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| Summary of 12.5 Hours of Technical Time:<br>-Configure Relativity culling platform<br>-Copy, Ingest and Process collected data received on media devices P_01760-001, P_01760-002, and P_01760-003<br>-Segregate data with errors<br>-Import processed data into Relativity culling platform<br>-Conduct searches of privilege terms, and segregate records<br>-Conduct searches of Schulman's terms on PolyOne's data, and folder results<br>-Batch records for review by O&C attorneys<br>-Provide remote Relativity training to O&C review attorneys<br><br><br>00001122 | | | | |

| Customer Signature: | | |
|---|---|---|
| **Total** | $43,146.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$43,146.00** |

For questions about your bill please call 312.939.3000.  Our Federal Tax ID number is 56-2355533



**BlueStar** Case Solutions, Inc.

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

# Invoice

| Attention | Date | Invoice # |
|---|---|---|
| Michael Sambrook | 1/17/2017 | 76552 |

Bill To

Mr. Michael Sambrook
Sr. Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, Ohio 44012

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

**Balance Due**   **$1,283.20**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

BlueStar Case Solutions, Inc.

| P.O. No. | Client Matter | Terms | Due Date | Rep |
|---|---|---|---|---|
| | PolyOne / Schulman | Net 30 | 2/16/2017 | BRG |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| Relativity Monthly Gigabyte Hosting | 85.82 | 10.00 | 12/31/2016 | 858.20 |
| Relativity Monthly User Fee | 5 | 85.00 | 12/31/2016 | 425.00 |
| (5 unique users at O&C) | | | | |
| | | | | |
| Hosting Period: 12/01/2016 - 12/31/2016 | | | | |

Customer Signature:

| Total | $1,283.20 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,283.20** |

For questions about your bill please call 312.939.3000.  Our Federal
Tax ID number is 56-2355533



**BlueStar** Case Solutions, Inc.

# Invoice

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

| Attention | Date | Invoice # |
|---|---|---|
| Michael Sambrook | 2/15/2017 | 76726 |

Bill To

Mr. Michael Sambrook
Sr. Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, Ohio 44012

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

**Balance Due** $1,283.20

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

BlueStar Case Solutions, Inc.

| P.O. No. | Client Matter | Terms | Due Date | Rep |
|---|---|---|---|---|
| | PolyOne / Schulman | Net 30 | 3/17/2017 | BRG |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| Relativity Monthly Gigabyte Hosting | 85.82 | 10.00 | 1/31/2017 | 858.20 |
| Relativity Monthly User Fee | 5 | 85.00 | 1/31/2017 | 425.00 |
| (5 unique users at O&C) | | | | |
| | | | | |
| Hosting Period: 1/01/2017 - 1/31/2017 | | | | |

Customer Signature:

| | | |
|---|---|---|
| **Total** | | $1,283.20 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | **$1,283.20** |

For questions about your bill please call 312.939.3000.  Our Federal
Tax ID number is 56-2355533



# Invoice

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

| Attention | Date | Invoice # |
|---|---|---|
| Michael Sambrook | 2/15/2017 | 76780 |

Bill To

Mr. Michael Sambrook
Sr. Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, Ohio 44012

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

**Balance Due**  **$350.00**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

## BlueStar Case Solutions, Inc.

| P.O. No. | Client Matter | Terms | Due Date | Rep |
|---|---|---|---|---|
|  | PolyOne / Schulman | Net 30 | 3/17/2017 | BRG |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| Telephone conference between Jeremy Schaper and Eddie Chiang of Consilio concerning Defendants' issues with 10/2016 Schulman production. Follow up call between Jeremy Schaper and Brian Michalek on January 9, 2017. | 1.5 | 175.00 | 1/6/2017 | 262.50 |
| Technical Time: Batch records in Relativity for review by O&C attorneys | 0.5 | 175.00 | 1/13/2017 | 87.50 |
| 00001332 |  |  |  |  |

Customer Signature:

| | |
|---|---|
| **Total** | $350.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$350.00** |

For questions about your bill please call 312.939.3000. Our Federal Tax ID number is 56-2355533



**BlueStar** Case Solutions, Inc.

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

# Invoice

| Attention | Date | Invoice # |
|---|---|---|
| Michael Sambrook | 2/15/2017 | 76781 |

Bill To

Mr. Michael Sambrook
Sr. Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, Ohio 44012

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

**Balance Due**  $1,371.25

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

BlueStar Case Solutions, Inc.

| P.O. No. | Client Matter | Terms | Due Date | Rep |
|---|---|---|---|---|
| | PolyOne / Schulman | Net 30 | 3/17/2017 | BRG |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| Technical Time: Production Preparation | 3.5 | 175.00 | 1/25/2017 | 612.50 |
| TIFF Conversion - B/W and Bates Endorsing | 5.8 | 50.00 | 1/30/2017 | 290.00 |
| Media Deliverable: Hard Drive | 2 | 125.00 | 1/30/2017 | 250.00 |
| Technical Time: Database Administration | 1.25 | 175.00 | 2/4/2017 | 218.75 |
| | | | | |
| Description: Bates Range P0000612 - P0007445 in Volumes 20170130_VOL001 and 20170130_PDF_VOL001 | | | | |
| | | | | |
| 00001450 | | | | |

Customer Signature:

| | | |
|---|---|---|
| **Total** | | $1,371.25 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | **$1,371.25** |

For questions about your bill please call 312.939.3000. Our Federal Tax ID number is 56-2355533


## BlueStar
### Case Solutions, Inc.

# Invoice

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

| Attention | Date | Invoice # |
|---|---|---|
| Michael Sambrook | 3/7/2017 | 76916 |

Bill To

Mr. Michael Sambrook
Sr. Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, Ohio 44012

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

**Balance Due**   **$1,283.20**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

BlueStar Case Solutions, Inc.

| P.O. No. | Client Matter | Terms | Due Date | Rep |
|---|---|---|---|---|
| | PolyOne / Schulman | Net 30 | 4/6/2017 | BRG |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| Relativity Monthly Gigabyte Hosting | 85.82 | 10.00 | 2/28/2017 | 858.20 |
| Relativity Monthly User Fee | 5 | 85.00 | 2/28/2017 | 425.00 |
| (5 unique users at O&C) | | | | |
| | | | | |
| Hosting Period: 2/01/2017 - 2/28/2017 | | | | |

Customer Signature:

| | |
|---|---|
| **Total** | $1,283.20 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$1,283.20** |

For questions about your bill please call 312.939.3000. Our Federal
Tax ID number is 56-2355533

**BlueStar Case Solutions, Inc.**
226 South Wabash Avenue
Suite 500
Chicago, IL  60604
www.bluestarcs.com



**Invoice  77080**

| **BILL TO** | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| | 04/12/2017 | **$1,283.20** | 05/12/2017 |

Mr. Michael Sambrook
Sr. Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, Ohio 44012

**CLIENT MATTER**
PolyOne / Schulman

**ATTENTION**
Michael Sambrook

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/31/2017 | Relativity Monthly Gigabyte Hosting Fee<br>Hosting Period: 03/01/2017 - 03/31/2017 | 85.82 | 10.00 | 858.20 |
| 03/31/2017 | Relativity Monthly User Fee | 5 | 85.00 | 425.00 |

Thank you for your business.  If you have any questions please call Dianna Reeves at 312-939-3000 or email dreeves@bluestarcs.com.

| TOTAL DUE | $1,283.20 |
|---|---|

THANK YOU.

**BlueStar Case Solutions, Inc.**
226 South Wabash Avenue
Suite 500
Chicago, IL  60604
www.bluestarcs.com



# Invoice  77102

**BILL TO**

Mr. Michael Sambrook
Sr. Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, OH  44012

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 04/12/2017 | **$593.50** | 05/12/2017 |

**CLIENT MATTER**
PolyOne / Schulman

**ATTENTION**
Michael Sambrook

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/01/2017 | Technical Time: Production Preparation | 2 | 175.00 | 350.00 |
| 03/01/2017 | TIFF Conversion - B/W and Bates Endorsing: Bates Range P0007446 - P0009810 in volumes 20170302_VOL001 and 20170302_PDF_VOL001. | 1.37 | 50.00 | 68.50 |
| 03/02/2017 | Technical Time: Database Administration | 1 | 175.00 | 175.00 |
| | Project No. 00001505 | | | |

Thank you for your business.  If you have any questions please call Dianna Reeves at 312-939-3000 or email dreeves@bluestarcs.com.

| TOTAL DUE | $593.50 |
|---|---|

THANK YOU.

**BlueStar Case Solutions, Inc.**
226 South Wabash Avenue
Suite 500
Chicago, IL  60604
www.bluestarcs.com



# Invoice  77105

**BILL TO**

Mr. Michael Sambrook
Sr. Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, OH  44012

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 04/12/2017 | **$437.50** | 05/12/2017 |

**CLIENT MATTER**

PolyOne / Schulman

**ATTENTION**

Michael Sambrook

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/21/2017 | Technical Time: Batch records in Relativity for review by O&C attorneys.<br>03/03/2017 – 03/08/2017<br>03/20/2017 – 03/21/2017 | 2.50 | 175.00 | 437.50 |
| | Project No. 00001531 | | | |

Thank you for your business.  If you have any questions please call Dianna Reeves at 312-939-3000 or email dreeves@bluestarcs.com.

| TOTAL DUE | $437.50 |
|---|---|
| | THANK YOU. |

**BlueStar Case Solutions, Inc.**
226 South Wabash Avenue
Suite 500
Chicago, IL  60604
www.bluestarcs.com



# Invoice  77106

**BILL TO**

Mr. Michael Sambrook
Sr. Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, OH  44012

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 04/12/2017 | **$536.00** | 05/12/2017 |

**CLIENT MATTER**
PolyOne / Schulman

**ATTENTION**
Michael Sambrook

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/13/2017 | Technical Time: Production Preparation | 2 | 175.00 | 350.00 |
| 03/13/2017 | TIFF Conversion - B/W and Bates Endorsing: Bates Range P0009811 - P0010934 in volumes 20170314_VOL001 and 20170314_PDF_VOL001. | 0.22 | 50.00 | 11.00 |
| 03/14/2017 | Technical Time: Database Administration | 1 | 175.00 | 175.00 |
|  | Project No. 00001556 |  |  |  |

Thank you for your business.  If you have any questions please call Dianna Reeves at 312-939-3000 or email dreeves@bluestarcs.com.

| TOTAL DUE | $536.00 |
|---|---|

THANK YOU.

**BlueStar Case Solutions, Inc.**
226 South Wabash Avenue
Suite 500
Chicago, IL  60604
www.bluestarcs.com



# Invoice  77111

---

**BILL TO**

Mr. Michael Sambrook
Sr. Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, OH  44012

| DATE | PLEASE PAY | DUE DATE |
|------|------------|----------|
| 04/12/2017 | **$525.50** | 05/12/2017 |

**CLIENT MATTER**

PolyOne / Schulman

**ATTENTION**

Michael Sambrook

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 03/15/2017 | Technical Time: Production Preparation | 2 | 175.00 | 350.00 |
| 03/16/2017 | TIFF Conversion - B/W and Bates Endorsing: Bates Range P0010935 - P0011171 in volumes 20170317_VOL001 and 20170317_PDF_VOL001. | 0.01 | 50.00 | 0.50 |
| 03/17/2017 | Technical Time: Database Administration | 1 | 175.00 | 175.00 |
|  | Project No. 00001582 |  |  |  |

Thank you for your business.  If you have any questions please
call Dianna Reeves at 312-939-3000 or email
dreeves@bluestarcs.com.

| TOTAL DUE | $525.50 |
|-----------|---------|

THANK YOU.

**BlueStar Case Solutions, Inc.**
226 South Wabash Avenue
Suite 500
Chicago, IL 60604
www.bluestarcs.com



Invoice 77160

---

**BILL TO**

Mr. Michael Sambrook
Sr. Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, OH 44012

| DATE | PLEASE PAY | DUE DATE |
|------|------------|----------|
| 04/12/2017 | **$444.75** | 05/12/2017 |

**CLIENT MATTER**
PolyOne / Schulman

**ATTENTION**
Michael Sambrook

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 03/29/2017 | Technical Time: Production Preparation | 1.25 | 175.00 | 218.75 |
| 03/31/2017 | Bates Endorsing: Bates range P0011172 - P0013709 in volumes 20170331_VOL001 and 20170331_PDF_VOL001. | 1.02 | 50.00 | 51.00 |
| 04/01/2017 | Technical Time: Database Administration | 1 | 175.00 | 175.00 |
| | Project No. 00001627 | | | |

Thank you for your business. If you have any questions please call Dianna Reeves at 312-939-3000 or email dreeves@bluestarcs.com.

TOTAL DUE $444.75

THANK YOU.

**BlueStar Case Solutions, Inc.**
226 South Wabash Avenue
Suite 500
Chicago, IL 60604
www.bluestarcs.com



## Invoice 77281

**BILL TO**

Mr. Michael Sambrook
Sr. Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, Ohio 44012

| DATE | PLEASE PAY | DUE DATE |
|------|-----------|----------|
| 05/03/2017 | **$1,283.20** | 06/02/2017 |

**CLIENT MATTER**
A. Schulman - PO4549105

**ATTENTION**
Michael Sambrook

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 04/30/2017 | Relativity Monthly Gigabyte Hosting Fee<br>Hosting Period: 04/01/2017 - 04/30/2017 | 85.82 | 10.00 | 858.20 |
| 04/30/2017 | Relativity Monthly User Fee | 5 | 85.00 | 425.00 |

Thank you for your business. If you have any questions please call Dianna Reeves at 312-939-3000 or email dreeves@bluestarcs.com.

| TOTAL DUE | $1,283.20 |
|-----------|-----------|

THANK YOU.