# Exhibit 6

LAW OFFICES OF
# OLSON & CEPURITIS, LTD.
20 NORTH WACKER DRIVE
36TH FLOOR
CHICAGO, ILLINOIS 60606
(312) 580-1180

PATENTS
TRADEMARKS
& RELATED MATTERS

FACSIMILE
(312) 580-1189

E-MAIL
firm@olsonip.com

December 4, 2015

Michael J. Sambrook, Esq.
Senior Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, OH 44012

Attn: Via Email Only

INVOICE No.: 31590
FEIN: 36-3815586

REDACTED

Disbursements November 2015

REDACTED

charges for obtaining copy of journal article in re Reexamination Control No. 90/013,612, ex parte reexamination of U.S. Patent No. 8,007,902 B2 for Multilayer Clear Over Color Polyolefin Sheets and Layered Backing Structure to Dennis C. Smith assigned to A. Schulman, Inc. (Our Ref.: PO-3 '902 REEXAM)     30.00

REDACTED

LAW OFFICES OF

# OLSON & CEPURITIS, LTD.

20 NORTH WACKER DRIVE  
36TH FLOOR  
CHICAGO, ILLINOIS 60606  
(312) 580-1180

PATENTS  
TRADEMARKS  
& RELATED MATTERS

FACSIMILE  
(312) 580-1189

E-MAIL  
firm@olsonip.com

August 24, 2016

Michael J. Sambrook, Esq.  
Senior Associate Counsel  
PolyOne Corporation  
33587 Walker Road  
Avon Lake, OH 44012

Attn: Via Email Only

INVOICE No.: 32596  
FEIN: 36-3815586

REDACTED

REDACTED

Disbursements July 2016

| | |
|---|---:|
| charges for obtaining copy of journal article in re A. Schulman, Inc. v. PolyOne Corporation, Northern District of Ohio Eastern Division, Case No.: 1:15-cv-01760-PAG (complaint for patent infringement of U.S. Patent Nos. 8,007,902 and 8,182,906) | 30.00 |

REDACTED

| | |
|---|---:|
| charges for monitoring electronic Court records from April 1, 2016 through June 30, 2016 in re A. Schulman, Inc. v. PolyOne Corporation, Northern District of Ohio Eastern Division, Case No.: 1:15-cv-01760-PAG (complaint for patent infringement of U.S. Patent Nos. 8,007,902 and 8,182,906) | 8.50 |

REDACTED

LAW OFFICES OF

# OLSON & CEPURITIS, LTD.

20 NORTH WACKER DRIVE
36TH FLOOR
CHICAGO, ILLINOIS 60606
(312) 580-1180

PATENTS
TRADEMARKS
& RELATED MATTERS

FACSIMILE
(312) 580-1189

E-MAIL
firm@olsonip.com

October 24, 2016

Michael J. Sambrook, Esq.
Senior Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, OH 44012

Attn: Via Email Only

INVOICE No.: 32834
FEIN: 36-3815586

REDACTED

Michael J. Sambrook, Esq.
October 24, 2016
Page 10

REDACTED

Disbursements September 2016

REDACTED

REDACTED

IHS Standards Store   in re A. Schulman, Inc. v. PolyOne Corporation, Northern
District of Ohio Eastern Division, Case No.: 1:15-cv-01760-PAG (complaint for
patent infringement of U.S. Patent Nos. 8,007,902 and 8,182,906)                    33.00

| | |
|---|---:|
| charges for obtaining Item GMW15777 entitled: Vehicle Exterior and Add-On Parts Paint Appearance Requirements from IHS Standards Store in re A. Schulman, Inc. v. PolyOne Corporation, Northern District of Ohio Eastern Division, Case No.: 1:15-cv-01760-PAG (complaint for patent infringement of U.S. Patent Nos. 8,007,902 and 8,182,906) | 33.00 |
| charges for obtaining Item GMW14700 entitled: Stone Impact Resistance of Coatings from IHS Standards Store in re A. Schulman, Inc. v. PolyOne Corporation, Northern District of Ohio Eastern Division, Case No.: 1:15-cv-01760-PAG (complaint for patent infringement of U.S. Patent Nos. 8,007,902 and 8,182,906) | 33.00 |
| charges for obtaining Item GM4348M entitled: Painted Parts Appearance Requirements from IHS Standards Store in re A. Schulman, Inc. v. PolyOne Corporation, Northern District of Ohio Eastern Division, Case No.: 1:15-cv-01760-PAG (complaint for patent infringement of U.S. Patent Nos. 8,007,902 and 8,182,906) | 33.00 |
| charges for obtaining Item GM9508P (five different editions) all entitled: Chip Resistance of Coating from IHS Standards Store in re A. Schulman, Inc. v. PolyOne Corporation, Northern District of Ohio Eastern Division, Case No.: 1:15-cv-01760-PAG (complaint for patent infringement of U.S. Patent Nos. 8,007,902 and 8,182,906) | 359.55 |
| charges for obtaining Item GM4348M (seven different editions) all entitled: Painted Parts Appearance Requirements from IHS Standards Store in re A. Schulman, Inc. v. PolyOne Corporation, Northern District of Ohio Eastern Division, Case No.: 1:15-cv-01760-PAG (complaint for patent infringement of U.S. Patent Nos. 8,007,902 and 8,182,906) | 431.48 |

REDACTED

LAW OFFICES OF

# OLSON & CEPURITIS, LTD.
20 NORTH WACKER DRIVE
36^(TH) FLOOR
CHICAGO, ILLINOIS 60606
(312) 580-1180

FACSIMILE
(312) 580-1189

E-MAIL
firm@olsonip.com

PATENTS
TRADEMARKS
& RELATED MATTERS

November 11, 2016

Michael J. Sambrook, Esq.
Senior Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, OH 44012

Attn: Via Email Only

INVOICE No.: 32905
FEIN: 36-3815586

REDACTED

REDACTED

Disbursements October 2016

REDACTED

charges for obtaining Item Ford Fltm BI 110-03 entitled: Measurement of Distinctness of Image of Painted Surfaces from IHS Standards Store in re A. Schulman, Inc. v. PolyOne Corporation, Northern District of Ohio Eastern Division, Case No.: 1:15-cv-01760-PAG (complaint for patent infringement of U.S. Patent Nos. 8,007,902 and 8,182,906)     30.00

| | |
|---|---:|
| charges for monitoring electronic Court records from July 1, 2016 through September 30, 2016 in re A. Schulman, Inc. v. PolyOne Corporation, Northern District of Ohio Eastern Division, Case No.: 1:15-cv-01760-PAG (complaint for patent infringement of U.S. Patent Nos. 8,007,902 and 8,182,906) | 5.70 |

REDACTED

LAW OFFICES OF

# OLSON & CEPURITIS, LTD.

20 NORTH WACKER DRIVE
36TH FLOOR
CHICAGO, ILLINOIS 60606
(312) 580-1180

PATENTS
TRADEMARKS
& RELATED MATTERS

FACSIMILE
(312) 580-1189

E-MAIL
firm@olsonip.com

March 21, 2017

Michael J. Sambrook, Esq.
Senior Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, OH 44012

Attn: Via Email Only

INVOICE No.: 33381
FEIN: 36-3815586

REDACTED

REDACTED


Disbursements February 2017

REDACTED


charges for obtaining copy of Standard GMN3943 in re A. Schulman, Inc. v. PolyOne Corporation, Northern District of Ohio Eastern Division, Case No.: 1:15-cv-01760-PAG (complaint for patent infringement of U.S. Patent Nos. 8,007,902 and 8,182,906)     66.00

REDACTED

LAW OFFICES OF

# OLSON & CEPURITIS, LTD.

20 NORTH WACKER DRIVE
36TH FLOOR
CHICAGO, ILLINOIS 60606
(312) 580-1180

PATENTS
TRADEMARKS
& RELATED MATTERS

FACSIMILE
(312) 580-1189

E-MAIL
firm@olsonip.com

April 12, 2017

Michael J. Sambrook, Esq.
Senior Associate Counsel
PolyOne Corporation
33587 Walker Road
Avon Lake, OH 44012

Attn: Via Email Only

INVOICE No.: 33465
FEIN: 36-3815586

REDACTED

Disbursements March 2017

REDACTED

| | |
|---|---:|
| charges for monitoring electronic Court records from October 1, 2016 through December 31, 2016 in re A. Schulman, Inc. v. PolyOne Corporation, Northern District of Ohio Eastern Division, Case No.: 1:15-cv-01760-PAG (complaint for patent infringement of U.S. Patent Nos. 8,007,902 and 8,182,906) | 79.40 |

REDACTED