UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| A. SCHULMAN, INC., | ) | |
| | ) | |
| Plaintiff- Counter-Defendant, | ) | Case No. 1:15-cv-1760 |
| | ) | |
| vs. | ) | Judge Patricia A. Gaughan |
| | ) | |
| POLYONE CORPORATION, and SPARTECH LLC, | ) ) | |
| | ) | |
| Defendants-Counter-Plaintiffs. | ) | |

**CONSENT MOTION FOR MODIFICATION OF BRIEFING SCHEDULE ON POLYONE CORPORATION'S AND SPARTECH LLC'S RENEWED MOTION FOR ATTORNEYS' FEES**

Now comes Plaintiff-Counter Defendant A. Schulman, Inc. ("ASI"), with the consent of Defendants-Counter Plaintiffs PolyOne Corporation and Spartech LLC (collectively, "PolyOne"), and respectfully moves this Court for a modification of the briefing schedule on PolyOne's renewed motion for attorneys' fees filed on May 30, 2018 (Dkt. #92).  Pursuant to L.R. 7.1(d), ASI's memorandum in opposition is due on June 13, 2018.  However, due to ASI's recent involvement in trial of another matter and ASI's counsel's litigation schedule involving expedited discovery in a matter in the Northern District of Illinois, ASI respectfully requests an extension of 14 days to file its memorandum in opposition until June 27, 2018.  PolyOne's counsel has granted his consent to this motion and requested a commensurate extension of time to file PolyOne's reply memorandum until July 9, 2018 to avoid the Fourth of July holiday.  ASI consents to such an extension.

Accordingly, the parties respectfully request that the briefing schedule for PolyOne's renewed motion for attorneys' fees be modified as follows:

- **ASI's memorandum in opposition will be due on June 27, 2018.**
- **PolyOne's reply memorandum will be due on July 9, 2018.**

Dated: June 12, 2018

Respectfully submitted,

/s/ Justin S. Greenfelder
Eric C. Cohen
Mark H. Remus
Brinks Gilson & Lione
NBC Tower – Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611
Phone (312) 321-4224
Facsimile (312) 321-4299
eccohen@brinksgilson.com
mremus@brinksgilson.com

Mark J. Skakun (Ohio Bar #23475)
Justin S. Greenfelder (Ohio Bar #0077924)
Buckingham, Doolittle & Burroughs, LLC
4518 Fulton Drive NW, Suite 200
Canton, OH 44735-5548
Phone (330) 491-5319
Facsimile (330) 252-5422
mskakun@bdblaw.com
jgreenfelder@bdblaw.com

Attorneys for Plaintiff A. Schulman, Inc.

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 12th day of June, 2018.  Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

                /s/Justin S. Greenfelder
                Justin S. Greenfelder (#0077924)

CT2:753867_v1